UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHALL BENNET d/b/a BCI
INTERNATIONAL GROUP and MARK
LAMORIA,

                                    CIVIL CASE NO. 05-40276

                    Plaintiffs,

v.                                       HONORABLE PAUL V. GADOLA
                                         U.S. DISTRICT COURT

BELFOR USA GROUP, INC.,

                    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS CASE

      Plaintiffs first filed a complaint on August 31, 2005.  On September 6 and September 20, 2005, this Court ordered Plaintiffs to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  Defendant filed a motion to dismiss the complaint on September 19, 2005.  Finally, Plaintiffs themselves filed a motion to dismiss on September 29, 2005.

      Plaintiffs originally alleged that jurisdiction over their suit was proper pursuant to the Miller Act, 40 U.S.C. § 1313 *et seq.*, which generally requires contractors for federal work projects of more than $100,000 to post a bond.  *See* 40 U.S.C. § 3131(b).  Federal district courts have jurisdiction of "any action on a bond executed under any law of the United States." 28 U.S.C. § 1352.  However, in their motion to dismiss, Plaintiffs indicate that they have learned that the requirement of a bond was waived in this case.  Therefore, since the case does not involve "a bond executed under any law of the United States," this Court does not have jurisdiction.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiffs' motion to dismiss [docket entry 10] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action, Civil Case No. 05-40276, is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss [docket entry 5] is **DENIED AS MOOT**.

**SO ORDERED.**

Dated:  October 12, 2005   s/Paul V. Gadola
HONORABLE PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   October 13, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
          Michelle L. Coakley; Eric A. Linden                 , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:          Steven L. Snyder                 .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(810) 341-7845